PHILLIP A. TALBERT
Acting Assistant United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
S. WYETH McADAM
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 268-5610
    Facsimile: (415) 744-0134
    E-mail: Wyeth.McAdam@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| SOPHIE MOY,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:20-cv-01319-AC<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE HIS RESPONSE TO PLAINTIFF'S OPENING BRIEF (FIRST REQUEST)** |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to file his response to Plaintiff's motion for summary judgment be extended thirty (30) days, from the original deadline, such that Defendant's new deadline, with the Court's approval, will be June 18, 2021. This is Defendant's first request for an extension of time. Defendant needs additional time to file his response to Plaintiff's motion for summary judgment. Defendant's counsel is taking extended leave to care for the emotional, physical, and scholastic needs of her two her young children who are unable to return to school or childcare fulltime due to various stay-at-home orders or school policies as a result of the pandemic.

With the Court's approval, the parties further stipulate that all other dates in the Court's Scheduling Order be extended accordingly.

Respectfully submitted,

Dated: April 27, 2021

/s/ Jeffrey R. Duarte
Jeffrey R. Duarte
Rockwell, Kelly & Duarte LLP
Attorney for Plaintiff
(authorized by email on April 22, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ S. Wyeth McAdam
S. WYETH McADAM
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

The parties' stipulated extension of time is approved.

Dated: May 4, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE