1  MPHILLIP A. TALBERT
   Acting United States Attorney
2  DEBORAH L. STACHEL
   Regional Chief Counsel
3  MICHAEL K. MARRIOTT, CSBN 280890
   Special Assistant United States Attorney
4        Social Security Administration
         160 Spear Street, Suite 800
5        San Francisco, CA 94105
         Telephone: (510) 970-4836
6        Facsimile: (415) 744-0134
   Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SOPHIE MOY,<br><br>   Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>   Defendant. | No. 2:20-cv-01319-AC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION TO FILE DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT |

   The parties stipulate through counsel that Defendant, the Commissioner of Social Security (the "Commissioner"), shall have an extension of time to file his cross-motion for summary judgment in this case. In support of this request, the Commissioner respectfully states as follows:

   1.  Primary responsibility for handling this case has been delegated to the Office of the Regional Chief Counsel, Region IX, in San Francisco, California (the "Region IX Office").

   2.  Defendant's response to Plaintiff's opening brief is currently due June 21, 2021, 2021. The presently assigned counsel for Defendant has not previously requested an extension of

time for this deadline.

3. The Region IX Office currently handles all district and circuit court litigation involving the Social Security program arising in Arizona, California, Hawaiʻi, Nevada, and Guam.

4. The Region IX Office employs 47 staff attorneys, of whom 27 handle civil litigation involving the Social Security program in the eight assigned jurisdictions, at least part-time. For the month of June 2021, the Region IX Office has 182 district court briefs due in the jurisdictions it handles. In addition, the Region IX Office has nine appellate cases pending for briefing.

5. In addition to this "program" litigation, the 27 staff attorneys in the Region IX Office maintain other workload responsibilities, with most of them dedicating 40 percent or more of their time to these workloads. The Region IX Office provides a full range of legal services as counsel for the Social Security Administration, in a region that covers four states (including the most populous state in the nation) and three territories. These other workloads include employment litigation; civil rights investigations; bankruptcy matters; and requests for legal advice on wide-ranging topics, including employee conduct and performance, reasonable accommodation, hostile work environment, ethics, Privacy Act and disclosure, torts, property, and contracts.

6. The undersigned attorney has 16 briefs due in district court cases over the next month, as well as numerous non-program litigation workload demands.

7. Due to the volume of the overall workload within the Region IX Office, neither the undersigned attorney nor another attorney in the Region IX Office anticipate being able to complete briefing by the current due date of June 21, 2021. Therefore, Defendant seeks an extension of 45 days, until August 5, 2021, to respond to Plaintiff's opening brief.

8. This request is made in good faith and is not intended to delay the proceedings in this matter.

WHEREFORE, Defendant requests until August 5, 2021, to file his cross-motion for summary judgment.

|   |   |   |
|---|---|---|
|   | Respectfully submitted, |   |
| DATE: June 21, 2021 | /s/ Jeffrey R. Duarte<br>Jeffrey R. Duarte<br>Attorney for Plaintiff<br>(as approved via email) |   |
|   | PHILLIP A. TALBERT<br>Acting United States Attorney |   |
| DATE: June 21, 2021 | By | /s/ Michael K. Marriott<br>MICHAEL K. MARRIOTT<br>Special Assistant United States Attorney |
|   | Attorneys for Defendant |   |

ORDER

Pursuant to stipulation, it is so ordered.

DATE: June 22, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE